FILED
CLERK, U.S. DISTRICT COURT
SEP 8 2008
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE PIPER NAVAJO AIRPLANE,<br><br>　　　　Defendant, | NO. CV 04-2785 GPS (FMOx)<br><br>**JUDGMENT** |

Having carefully considered all the pleadings, evidence, and arguments, **IT IS ORDERED, ADJUDGED AND DECREED** that the default of all persons interested in Defendant property – One Piper Navajo Airplane – be entered and that no right, title, or interest in the Defendant property shall exist in any other party, and that said Defendant property shall be forfeited to the United States of America to be disposed of in accordance with the law. **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to forward a certified copy of the Order to the United States Marshals Service and all counsel of record.

Dated this 8th day of September 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE